IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Shafik Ahmad,

    Petitioner(s),

vs.

United States Attorney General, et al.,

    Respondent(s).

Case Number: 1:17cv359

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on August 29, 2017 (Doc. 14), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 12, 2017, hereby ADOPTS said Report and Recommendation.

Accordingly, the respondents' motion to dismiss (Doc. 1) is GRANTED. The petitioner's petition for writ of habeas corpus (Doc. 1) is DISMISSED without prejudice to petitioner's ability to apply for future relief if circumstances change.

A certificate of appealability will not issue because petitioner has not stated a "viable claim of the denial of a constitutional right," nor are the issues presented "adequate to deserve encouragement to proceed further." *See Slack v. McDaniel,* 529 U.S. 473, 475 (2000) (citing *Barefoot v. Estelle,* 463 U.S. 880, 893 & n.4 (1983)); *see also* 28 U.S.C. §2253 ( c ); Fed. R. App. P. 22(b).

With respect to any application by petitioner to proceed on appeal *in forma pauperis,* the

Court will certify pursuant to 28 U.S.C. §1915(a)(3) that an appeal of any Order adopting the Report and Recommendation will not be taken in "good faith," and therefore DENY petitioner leave to appeal *in forma pauperis* upon a showing of financial necessity. *See* Fed. R. App. P. 24(a); *Kincade v. Sparkman*, 117 F.3d 949, 952 (6th Cir. 1997).

    IT IS SO ORDERED.

                                                        /s/ Susan J. Dlott
                                                        Judge Susan J. Dlott
                                                        United States District Court